UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS J. RASMUSSEN, DANIEL STECHSCHULTE, and MARK RASMUSSEN,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDATION FOR AFFORDABLE HOUSING, a Nebraska non-profit corporation,<br><br>Defendant. | Case No. 2:24-cv-02081-TC-BGS |

## DECLARATION OF DAVID A. DAVENPORT IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT

I, David A. Davenport, declare as follows:

1. I am an attorney at law admitted to practice in the State of Minnesota and have been admitted *pro hac vice* in the above-captioned case. I am counsel for Plaintiffs Thomas J. Rasmussen, Daniel Stechschulte, and Mark Rasmussen, and submit this declaration in further support of Plaintiffs' Motion to Amend Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Proposed Amended Complaint dated December 15, 2025 inclusive of exhibits thereto.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the redline of Proposed Amended Complaint over Original Complaint.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an e-mail string between Margot Wickman and Megan Riess dated May 1, 2023 through June 20, 2023 with attachments. (Bates numbered FOUNDATION_Rasmussen 015577-15612)

5. Attached hereto as **Exhibit 4** is a true and correct copy of a letter from Victoria Buter to David Davenport dated December 20, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Confidential Private Placement Memorandum for Cross Creek Apartments Holdings, LLC dated December 18, 2009. (Bates numbered PLTF0001690-1724)

7. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiffs' First Set of Requests for Production of Documents to Defendant dated June 21, 2024.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Defendant's Privilege Log dated October 31, 2024.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Defendant's Privilege Log regarding Lutz and Company Subpoena dated November 13, 2024.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Lutz and Company invoices to Cross Creek Apartment Holdings, LLC. (Bates numbered FOUNDATION_Rasmussen 019291-19298)

11. Attached hereto as **Exhibit 10** is a true and correct copy of a letter from David Davenport to Victoria Buter dated November 14, 2024.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an e-mail exchange between Plaintiffs' counsel, Defendant's counsel and U.S. Magistrate Judge Brooks Severson dated December 6, 2024 – February 11, 2025.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an e-mail exchange between Jonathan Patent, Mitchell Hiatt and Sharise Engel dated December 8 through December 12, 2022. (Bates numbered FOUNDATION_Rasmussen 016610-16611)

14. Attached hereto as **Exhibit 13** is a true and correct copy of an e-mail exchange between David Davenport, Vicki Buter, et al. dated January 29 through January 31, 2025 with attached un-redacted documents Bates numbered FOUNDATION_Rasmussen 019219-19224.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of an e-mail exchange between Jonathan Patent and Mitchell Hiatt dated June 8 through June 17, 2022 with attachment. (Bates numbered FOUNDATION_Rasmussen 016552-16558)

16.     Attached hereto as **Exhibit 15** is a true and correct copy of an e-mail from Vicki Buter to David Davenport with attachment.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of an e-mail exchange between Jonathan Patent and Mitchell Hiatt dated June 8 through June 14, 2022.  (Bates numbered FOUNDATION_Rasmussen 016542-16546)

18.     Attached hereto as **Exhibit 17** is a true and correct copy of a Burlington Capital Memorandum to Audit Files from Jesse Coury re Accounting for the Sale for the Ashley Square Bond Property and Related Transaction.  (Bates numbered GHII0000067-70)  *[filed under seal]*

19.     Attached hereto as **Exhibit 18** is a true and correct copy of the Plan for Complete Liquidation and Dissolution of Cross Creek Apartments Holdings, LLC dated December 1, 2022. (Bates numbered FOUNDATION_Rasmussen 015415-15422)

20.     Attached hereto as **Exhibit 19** is a true and correct copy of the Order Re Cross-Motions for Partial Judgment on the Pleadings dated November 26, 2025 in the matter captioned *RC Development, Inc. v. MPEG Wells Fargo Special, L.P, et al.*, Cause No. DV-25-3, venued in Montana Fourth Judicial District Court, Missoula County.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of a redacted e-mail exchange between Sharie Engel and Jonathan Patent dated January 26 through June 28, 2023. (Bates numbered FOUNDATION_Rasmussen 019219-19224)

22.     **Exhibit 21** INTENTIONALLY OMITTED.

23.  Attached hereto as **<u>Exhibit 22</u>** is a true and correct copy of an e-mail from Sharise Engel to Jonathan Patent dated December 13, 2023 with attachment.  (Bates numbered FOUNDATION_Rasmussen 016617-16618)

24.  Attached hereto as **<u>Exhibit 23</u>** is a true and correct copy of a letter from Victoria Buter to David Davenport dated September 19, 2025.

25.  Attached hereto as **<u>Exhibit 24</u>** is a true and correct copy of excerpts from the Cross Creek General Ledger for the period July 1 through December 1, 2022.  (Bates numbered FOUNDATION_Rasmussen 020192*)  [filed under seal]*

26.  Attached hereto as **<u>Exhibit 25</u>** is a true and correct copy of Cross Creek Apartments Holdings, LLC Financial Statements and Independent Auditor's Report for Year Ended December 31, 2021.  (Bates numbered FOUNDATION_Rasmussen 018384-18397)

27.  Attached hereto as **<u>Exhibit 26</u>** is a true and correct copy of Property Management Agreement between Cross Creek Apartments Holdings, LLC and America First Properties Management Company, L.L.C. dated April 2, 2006.  (Bates numbered GHII_CC0003293)  *[filed under seal]*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of December 2025, in Minneapolis, Minnesota.

> */s/ David A. Davenport*
> David A. Davenport (MN # 0285109*)
> * Admitted *pro hac vice*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, the foregoing was electronically filed using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

>                                        */s/ Pamela J. Winter*
>                                        Pamela J. Winter