UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS J. RASMUSSEN, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:24-cv-02081-TC-BGS |
| ) | |
| v. ) | |
| ) | |
| FOUNDATION FOR AFFORDABLE ) | |
| HOUSING, a Nebraska non-profit corporation, ) | |
| ) | |
| Defendant. ) | |

**GREYSTONE HOUSING IMPACT INVESTORS LP'S FED. R. CIV. PRO. 6(b) MOTION FOR TIME EXTENSION AND SUGGESTIONS IN SUPPORT**

Greystone Housing Impact Investors LP ("GHII"), by and through its undersigned counsel, pursuant to Fed. R. Civ. Pro. 6(b), moves the Court for its order extending the time within which GHII may file its D. Kan. Rule 5.4.2(b) objection or otherwise respond to Plaintiffs' Notice of Proposed Sealed Record [DOC 167] to and including January 5, 2026, and for such further relief as is just and proper.

For its Suggestions in Support thereof, GHII states:

1. Plaintiffs served their Notice of Proposed Sealed Record [DOC 167] upon GHII on December 15, 2025.

2. GHII's objection or other response is due on or before December 22, 2025.

3. Because of the holidays and press of other business, GHII requires an extension of time within which GHII may file its D. Kan. Rule 5.4.2(b) objection or otherwise respond to Plaintiffs' Notice of Proposed Sealed Record [DOC 167] to and including January 5, 2026.

4. No prior extension requests have previously been requested related to the relief requested.

5. Counsel for GHII has communicated with Plaintiffs' and Defendant's counsel regarding the time extension request. Counsel for Plaintiffs and Defendant have no objection to this request.

6. For all of the aforesaid reasons, good cause has been shown for the granting of this request.

WHEREFORE, Greystone Housing Impact Investors LP ("GHII") prays the Court for its order extending the time within which GHII may file its D. Kan. Rule 5.4.2(b) objection or otherwise respond to Plaintiffs' Notice of Proposed Sealed Record [DOC 167] to and including January 5, 2026, and for such further relief as is just and proper.

Respectfully submitted,

SWANSON BERNARD, LLC

By: /s/ James F. Freeman III
James F. Freeman III, KS 14426
4600 Madison Avenue, Suite 600
Kansas City, Missouri 64112
816-410-4600 (telephone)
816-561-4498 (facsimile)
jfreeman@swansonbernard.com
ATTORNEYS FOR GREYSTONE HOUSING IMPACT INVESTORS LP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served all parties of record by delivering a copy via email to the named persons below by email dated December 22, 2025:

david@bcdavenport.com
sam@bcdavenport.com
djermann@atllp.com
pwinter@atllp.com
alex@bcdavenport.com
docketclerk@bcdavenport.com
jbowles@atllp.com
KCLitDocket@armstrongteasdale.com
lshields@armstrongteasdale.com
swilliams@armstrongteasdale.com

pwinter@atllp.com
jcogdill@atllp.com
KCLitDocket@atllp.com
rachel.geelan@kutakrock.com
lea.coffman@kutakrock.com
stephanie.urbanek@kutakrock.com
richard.olmstead@kutakrock.com
amy.anderson@kutakrock.com
jodi.livengood@kutakrock.com
vicki.buter@kutakrock.com
lea.coffman@kutakrock.com
stephanie.urbanek@kutakrock.com

and that on December 22, 2025, the foregoing was electronically filed using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ James F. Freeman III*
James F. Freeman III
Counsel for Greystone Housing Impact Investors LP